IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT A. PEREZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>C. CHRONES, Warden,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　／ | 1:06-CV-0846 AWI DLB HC<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

　　　　Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 19, 2006,  the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee.  On August 10, 2006, petitioner submitted an application to proceed in forma pauperis, together with a form entitled "Trust Account Withdrawal Order" which he requested that his trust account be $5.00 for the filing fee.  However, the court has not received payment of the filing fee, nor petitioner's application to proceed in forma pauperis with the required original signature by an authorized officer of the institution of incarceration.  Additionally, petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of

the petition.  See 28 U.S.C. § 1915(a)(2).   Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $5.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **September 14, 2006**          **/s/ Dennis L. Beck**
ah0l4d                                          UNITED STATES MAGISTRATE JUDGE