# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANDREW PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>C. CHRONES, Warden,<br><br>    Respondent.<br>_____/ | CV F  06-00846 AWI DLB HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE<br><br>[Doc. 16] |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   Now pending before the Court is Petitioner's request for an extension of time to file a response to the Court's November 8, 2006, order to show cause, filed December 12, 2006. (Court Docs. 15, 16.)

   GOOD CAUSE having been demonstrated, Petitioner's request for an extension of time is GRANTED, and it is HEREBY ORDERED that:

   Petitioner's response to the order to show cause shall be filed within **thirty (30)** days from the date of service of this order.

   IT IS SO ORDERED.

   Dated:   **January 3, 2007**           **/s/ Dennis L. Beck**
ah0l4d                                  UNITED STATES MAGISTRATE JUDGE

1