UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT ANDREW PEREZ, ) | | 1:06-CV-0846 AWI DLB HC |
| Petitioner, ) | | |
| v. ) | | ORDER GRANTING EXTENSION OF TIME |
| C. CHRONES, Warden, ) | | (DOCUMENT #25, 26) |
| Respondent. ) | | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 23, 2007, petitioner filed a motion to extend time to respond to the court's order of February 7, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty (30) days from the date of service of this order in which to file a status report and reply to the court's order of February 7, 2007, advising the court of the cases that have been filed in state court, the date any cases were filed, and any outcomes.

2. Petitioner must file a status report every ninety (90) days thereafter as to status of the state court filings.

IT IS SO ORDERED.

Dated:   **April 2, 2007**          **/s/ Dennis L. Beck**
23ehd0                                   UNITED STATES MAGISTRATE JUDGE