# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANDREW PEREZ,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>C. CHRONES, Warden,<br><br>　　　　　　Respondent.<br>_____/ | CV F   06-00846 AWI DLB HC<br><br>ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE VACATED<br><br>[Doc. 27] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On February 7, 2007, the Court granted Petitioner's request to stay the instant petition pending exhaustion in the state courts. (Court Doc. 24.)  Petitioner was directed file a status report within thirty days from the date of service of that order.  (Id.) On March 23, 2007, Petitioner filed a motion for extension of time.  Petitioner's request was granted on April 3, 2007, and a status report was due on or before May 3, 2007.  Petitioner has failed to comply or otherwise respond to the Court's order.  Accordingly, within **twenty (20)** days from the date of service of this order, Petitioner shall show cause why the stay should not be vacated.  Petitioner is advised that failure to comply with this order may result in a recommendation that the action.

　　　　IT IS SO ORDERED.

Dated:   **May 29, 2007**　　　　　　　　　　　 **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1