# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANDREW PEREZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>C. CHRONES, Warden,<br><br>　　　　　　Respondent.<br>_____/ | CV F   06-00846 AWI DLB HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION FILED JULY 23, 2007 AND CONTINUING STAY AND ABEYANCE OF PETITION<br><br>[Doc. 29] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On February 7, 2007, the Court granted Petitioner's motion for stay and abeyance. (Court Doc. 24.) Pursuant to that order, Petitioner was directed to file an initial status report within thirty days from the date of service and every ninety days thereafter. On March 9, 2007 and March 23, 2007, respectively, Petitioner filed a motion for an extension of time to file the initial status report. (Court Docs. 25, 26.) The Court granted Petitioner's motion for an extension of time on April 3, 2007, and the status report was due within thirty days from the date of service. (Court Doc. 27.) Petitioner failed to file a response.

　　　　Accordingly, on May 30, 2007, the Court issued an order to show cause why the stay should not be vacated. (Court Doc. 28.) Petitioner again failed to file a response.

　　　　On July 23, 2007, the Court issued Findings and Recommendation that the action be dismissed for Petitioner's failure to comply with a court order. (Court Doc. 29.)

1    Petitioner filed objections to the Findings and Recommendation on August 2, 2007 and
2 August 15, 2007, respectively. (Court Docs. 30, 32.)  In addition, on August 3, 2007, Petitioner
3 filed a status report.  (Court Doc. 31.)
4    In his objections, Petitioner states that he has been on lock-down status and despite his
5 diligent efforts has been unable to file a response to the Court's orders.
6    In his status report, Petitioner states that he has filed a petition for writ of habeas corpus
7 in the California Supreme Court on July 26, 2007.  (Court Doc. 31.)
8    On the basis of GOOD CAUSE, the Court will vacate the Findings and Recommendation
9 filed July 23, 2007, and will re-instate the stay and abeyance of the instant petition.  Although the
10 Court is mindful of Petitioner's status as an incarcerated prison, Petitioner is forewarned that he
11 must demonstrate diligent compliance with any and all Court orders.
12    Based on the foregoing, it is HEREBY ORDERED that:
13    1.    The Findings and Recommendation filed July 23, 2007, is VACATED;
14    2.    The instant petition is stayed and will be held in abeyance;
15    3.    Within **thirty (30)** days from the date of service of this order, Petitioner shall file
16          a further status report;
17    4.    Every **ninety (90)** days thereafter, Petitioner shall file status report as to the status
18          of the state court filings; and
19    5.    All other provisions of the Court's February 7, 2007, order remain in full force
20          and effect.
21    IT IS SO ORDERED.
22    Dated:   **October 3, 2007**             /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE