# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANDREW PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>C. CHRONES, Warden,<br><br>    Respondent.<br>_____/ | CV F 06-00846 AWI DLB HC<br><br>ORDER VACATING STAY AND ABEYANCE OF PETITION AND GRANTING PETITIONER OPPORTUNITY TO FILE SECOND AMENDED PETITION<br><br>[Docs. 24, 38] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition for writ of habeas corpus on July 5, 2006. On February 7, 2007, the Court granted Petitioner's motion for stay and abeyance pending exhaustion of two new claims in state court. (Court Doc. 24.) On March 31, 2008, after exhausting the new claims in the state court, Petitioner filed a first amended petition. (Court Doc. 38.) After a review of the first amended petition, it appears that Petitioner raised only the two new exhausted claims. Petitioner is advised that if he is seeking to proceed on the newly exhausted claims as well as the other claims raised in the original petition, his amended petition must be complete in and of itself and raised all of the claims. An amended complaint supercedes the original complaint, Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superceded pleading," Local Rule 15-220. Plaintiff is warned that "[a]ll causes of

1  action alleged in an original complaint which are not alleged in an amended complaint are
2  waived." King, 814 F.2d at 567 (citing to London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th
3  Cir. 1981)); accord Forsyth, 114 F.3d at 1474.
4     Because it appears that Petitioner may not be aware of Local Rule 15-220, the Court will
5  grant him the opportunity to submit a second amended petition, if so desired.  If Petitioner fails to
6  file a second amended petition, the Court will proceed on the claims raised in the first amended
7  petition.
8     Based on the foregoing, it is HEREBY ORDERED that:
9     1.   The stay and abeyance is LIFTED;
10    2.   Within thirty (30) days from the date of service of this order, Petitioner may file a
11         second amended petition; and,
12    3.   If a second amended petition is not filed, the action will proceed on the first
13         amended petition.
14    IT IS SO ORDERED.
15    Dated:   **April 14, 2008**            **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE