1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  VINCENT ANDREW PEREZ,

                Petitioner,

10

11     v.

12

C. CHRONES, Warden,

13

               Respondent.

14  _____ /

CV F   06-00846 AWI DLB HC

ORDER DENYING PETITIONER'S MOTION
FOR HEARING ON WHY COUNSEL WAS
NOT APPOINTED

[Doc. 44]

15
16
17
18
19
20
21
22
23
24
25
26
27
28

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On May 16, 2008, Petitioner filed a motion entitled "Motion For An Hearing On Why Counsel Was Not Appointed to me."  (Court Doc. 44.)  Petitioner contends that counsel should have been appointed to represent him because he cannot afford to retain counsel on his own, he has limited access to the law library, and he has limited education.

      As the Court previously denied Petitioner's first request for the appointment of counsel on October 13, 2006 (Court Document 12), the Court construes Petitioner's instant motion as a motion for reconsideration pursuant to Local Rule 72-303.

      As stated in the Court's order of October 13, 2006, there currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); cert. denied, 358 U.S. 889 (1958).  Title 18 U.S.C. § 3006A, however, authorizes the appointment of counsel at any stage of the case "if the interest of justice so

require." <u>See</u> Rule 8(c), Rules Governing Section 2254 Cases.  As previously found by the undersigned, the interests of justice would not be served by the appointment of counsel in this case, and Petitioner has failed to demonstrate that the denial of appointment of counsel was "clearly erroneous or contrary to law" as set forth in 28 U.S.C. § 636(b)(1)(A).  <u>See</u> Fed. R. Civ. P. 72(a).   Accordingly, Petitioner's motion for reconsideration is DENIED.

IT IS SO ORDERED.

**Dated:**   **June 6, 2008**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2