# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANDREW PEREZ, | CV F   06-00846 AWI DLB HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO PROVIDE PETITIONER WITH COPY OF ATTACHMENTS "A" AND "B" TO HIS FIRST AMENDED PETITION (Court Document 38) |
| v. | |
| C. CHRONES, Warden, | [Doc. 42] |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 7, 2007, the Court granted Petitioner's request for stay and abeyance pending exhaustion of two new claims in state court. (Court Doc. 24.) On March 31, 2008, after exhausting the new claims in the state courts, Petitioner filed a first amended petition. Now pending before the Court is Petitioner's motion entitled, "Petition And Order For Return Of Exhibits, Attachments, And Habeas Corpus," filed on May 16, 2008. (Court Doc. 42.)

    In his motion, Petitioner states that he "made a mistake and labeled [his] (2) arguments Exhibits (A)-(B) and said [he] only wanted [his] petition back." (Motion, at 1.) Pursuant to Petitioner's prior request, the Court returned a copy of Petitioner's form petition to him on May 5, 2008. Because it appears that portions of Petitioner's arguments are raised in Attachments A and B to Petitioner's first amended petition, the Court will extend a courtesy copy of those pages to Petitioner. However, Petitioner is advised and cautioned that this is a one time courtesy and

Petitioner must retain a copy of all filings for himself.

    Accordingly, it is HEREBY ORDERED that:

1.    The Clerk of Court is directed to provide Petitioner with a copy of Attachments A and B to the First Amended Petition (Court Document 38).

IT IS SO ORDERED.

**Dated:   June 6, 2008**              **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE