IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANDREW PEREZ,<br><br>    Petitioner,<br><br>    vs.<br><br>HEDGEPETH, Warden,<br><br>    Respondent.<br>_____/ | 1:06-cv-00846-AWI-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED PETITION<br><br>(DOCUMENT #43)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 16, 2008, petitioner filed a motion to extend time to file a second amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a second amended petition.

IT IS SO ORDERED.

Dated:   **June 6, 2008**            /s/ **Dennis L. Beck**
                         UNITED STATES MAGISTRATE JUDGE