1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   VINCENT ANDREW PEREZ,                    CV F   06-00846 AWI DLB HC

10                        Petitioner,        ORDER GRANTING PETITIONER'S
                                             MOTION FOR EXTENSION OF TIME TO
11          v.                               FILE OPPOSITION TO MOTION TO DISMISS

12                                           [Doc. 57]
     C. CHRONES, Warden,
13
                          Respondent.
14   _____/

15
        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
16
     pursuant to 28 U.S.C. § 2254.
17
        Good cause having been presented, it is HEREBY ORDERED that Petitioner is granted
18
     thirty (30) days from the date of service of this order to file an opposition to Respondent's
19
     motion to dismiss.
20

21
        IT IS SO ORDERED.
22
     **Dated:    November 24, 2008**          _____ **/s/ Dennis L. Beck** _____
23                                           UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28